UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14324-CIV-CANNON

**MICHAEL JOSEPH SCOFIELD**,
individually and on behalf of all others
similarly situated,

    Plaintiff,

v.

**DIGITAL DOLPHIN PRODUCTS LLC**,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 11], filed on January 9, 2024. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** against all Defendants, effective January 9, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 11].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of January 2024.

                                                **AILEEN M. CANNON**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record